1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RENEE L. MARTIN,                         No.  2:16-cv-1860-TLN-KJN PS

12                  Plaintiff,

13         v.                                  ORDER AND

14    SELECT PORTFOLIO SERVICING,              ORDER TO SHOW CAUSE
      INC., et al.,
15

16                  Defendants.

17

18        Plaintiff Renee L. Martin, who proceeds without counsel, but paid the filing fee,

19    commenced this action on August 5, 2016.  (ECF No. 1.)[1]  On October 27, 2016, the court

20    granted defendant Select Portfolio Servicing, Inc.'s motion to dismiss plaintiff's first amended

21    complaint.  (ECF No. 26.)  However, plaintiff was given 28 days to file either a second amended

22    complaint or a notice of voluntary dismissal of the action.  (Id.)  Additionally, plaintiff was

23    expressly cautioned that failure to file either a second amended complaint or a notice of voluntary

24    dismissal by the required deadline may result in dismissal of the action with prejudice pursuant to

25    Federal Rule of Civil Procedure 41(b).  (Id.)  Although the applicable deadline has now long

26    passed, the court's records show that plaintiff failed to file either a second amended complaint or

27    _____

28    [1] This action proceeds before the undersigned pursuant to E.D. Cal. L.R. 302(c)(21).

                                              1

1   a notice of voluntary dismissal as ordered.

2   　　　　The court has considered whether the action should be dismissed at this juncture.

3   Nevertheless, in light of plaintiff's *pro se* status, and the court's desire to resolve the action on the

4   merits, the court first attempts lesser sanctions by issuing an order to show cause and imposing

5   monetary sanctions.

6   　　　　Accordingly, IT IS HEREBY ORDERED that:

7   　　1.　Within 21 days of this order, plaintiff shall pay the Clerk of Court $250.00 in

8   　　　　monetary sanctions for failure to comply with the court's order.

9   　　2.　Within 21 days of this order, plaintiff shall show cause in writing why this action

10  　　　　should not be dismissed with prejudice pursuant to Federal Rule of Civil Procedure

11  　　　　41(b) based on plaintiff's failure to comply with the court's order and failure to

12  　　　　prosecute the case.

13  　　3.　Within 21 days of this order, plaintiff shall file a second amended complaint in

14  　　　　compliance with the court' s October 27, 2016 order.

15  　　4.　Alternatively, and in lieu of paying the monetary sanctions, responding to the order to

16  　　　　show cause, and filing a second amended complaint, plaintiff may instead file a notice

17  　　　　of voluntary dismissal of the action without prejudice within 21 days of this order.

18  　　5.　Failure to comply with all terms of this order will result in dismissal of the action with

19  　　　　prejudice pursuant to Federal Rule of Civil Procedure 41(b).

20  　　　　IT IS SO ORDERED.

21  Dated:  December 1, 2016

22

23  　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28